IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. DNCW 3:10CR8-001 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| PAUL LESTER DOSTER, JR. | ) | |
| Debtor(s). | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and PRINCIPAL FINANCIAL GROUP

A judgment was entered on May 17, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Paul Lester Doster, Jr., whose last known address is XXXXXXX, Ashland, KY 41105, in the sum of $5,100.00. The balance owing as of July 21, 2011 is $5,100.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Principal Financial Group is commanded to **turn over property** in which the Defendant, Paul Lester Doster, Jr., Social Security Number XXX-XX-1175, has a substantial nonexempt interest, the said property being any and all funds located in Principal Financial Group accounts in the name of Paul Lester Doster, Jr., at the following address: Principal Financial Group, 710 9th St, Des Moines, IA 50309.

**SO ORDERED**.

Signed: July 21, 2011

David S. Cayer
United States Magistrate Judge