```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   CHARLOTTE DIVISION

UNITED STATES OF AMERICA,         )
                Plaintiff         )
vs.                               )     CASE NO.   3:10CR8-001
                                  )     (Financial Litigation
                                  )      Unit)
PAUL LESTER DOSTER, JR.,          )
                Defendant.        )
```

## DISMISSAL OF WRIT OF EXECUTION

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Execution as to Principal Financial Group filed in this case against the Defendant Paul Lester Doster, Jr. is DISMISSED.

SO ORDERED.                          Signed: August 23, 2011

                                     _____
                                     David S. Cayer
                                     United States Magistrate Judge